429 A.2d 738

Commonwealth v. Kimmel Jr., Appellant.

Sub-mitted April 16, 1980. John R. Hoye, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.